# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2015

## NO. 03-14-00533-CV

**Rosa Ena Cantu, Appellant**

**v.**

**Southern Insurance Company, Appellee**

**APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 23, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.